FILED

JUL 23 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:

    2070 E. 6th Street
    Stockton, CA 95206

CASE NO. 2:11-SW-0321 GGH

[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION

    The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: July 22, 2013

                                HON. KENDALL J. NEWMAN
                                U.S. Magistrate Judge